DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAUNE S. DINNALL,**
Appellant,

v.

**WE MIDORA OWNER LLC,**
Appellee.

No. 4D2025-2396

[June 10, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nina Weatherly Di Pietro, Judge; L.T. Case No. 062025CA007750AXXXCE.

Shaune S. Dinnall, Fort Lauderdale, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***